**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Civil Case No.:** 06-1529-JO                                            **Date of Proceeding:** 12/7/07

**Case Title:** Essex Insurance Company v. 7455, Incorporated, et al.

**Presiding Judge:** Robert E. Jones          **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** None                                                                                           **Tape No:**

**DOCKET ENTRY:**

RECORD OF ORDER:

The supplemental briefing I requested on the issue of irresistible impulse is complete and under advisement as of December 7, 2007. Defendants' cross-motions for summary judgment (## 44, 47), filed on November 19 and 21, 2007, respectively, are untimely under this court's initial scheduling order, which set a dispositive motion cut-off date in April 2007. That date has not been extended; accordingly, the court will not consider defendants' cross-motions.

**PLAINTIFF'S COUNSEL**          **DEFENDANT'S COUNSEL**

cc:    { } All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

**Civil Minutes**                                                                            **Honorable Robert E. Jones**
**Revised 4/23/91**